UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| J.M., | ) | CASE NO.: 5:17-cv-01068 FFM |
|         Plaintiff, | ) | |
| | ) | **JUDGMENT** |
|       v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) ) ) | |
| | ) | |
|         Defendant. | ) | |
| _____ | ) | |

      The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated September 26, 2018.


DATED: September 26, 2018

                                   /S/ FREDERICK F. MUMM
                                   FREDERICK F. MUMM
                                 United States Magistrate Judge

1